# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **5:05-CR-72 (WDO)** |
| **DANNY LEE JOHNSON,** : | |
| : | |
| **Defendant** : | |

## ORDER

Having reviewed and considered the Government's Motion to Continue, IT IS HEREBY ORDERED that the pretrial conference and trial of this case be continued from the December term of Court to the February term of Court in order to give defense counsel adequate time to receive and review the discovery materials and to prepare a defense accordingly.

IT IS FURTHER ORDERED that any delay occasioned by the continuance be deemed excludable delay pursuant to Title 18, United States Code, Section 3161 (h) of the Speedy Trial Act.

SO ORDERED this 14th day of November, 2005.


S/Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE