**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **5:05-CR-72 (WDO)** |
| **DANNY JOHNSON,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

Upon oral motion by the Defendant, the sentence and judgment entered in this case

on July 19, 2006 are VACATED and the matter is set down for resentencing on Thursday,

August 3, 2006 at 11:00 a.m.

**SO ORDERED this 25th day of July, 2006.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**